922

No. 1000, Misc. SPURRIER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Richard L. Brown* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1073, Misc. McFADDEN v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Robert R. Granucci* and *Jerome C. Utz,* Deputy Attorneys General, for respondent.

No. 1100, Misc. QUARLES ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 1239, Misc. BICKHAM v. McSWEENY ET AL. Cir. Ct., Will County, Ill. Certiorari denied.

No. 1259, Misc. JOHNSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1297, Misc. RYAN v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 1305, Misc. DAVIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.